UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ROMERO AZEVEDO MATOS and
ALEJANDRO PATRICIO, on behalf of themselves
and all other persons similarly situated,

                                         Docket No.: 22-cv-01144

                   Plaintiff,               (JMA) (AYS)

        -against-

QUALITY MODULAR SERVICES, LLC,
ARNOLD SOBRAL, and HELDER J. PEDROSA,
SR.,

                   Defendants.

-----------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF DEFENDANTS'
## OFFER OF JUDGMENT PURSUANT TO RULE 68

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs ROMERO AZEVEDO

MATOS and ALEJANDRO PATRICIO hereby accept Defendants' Offer of Judgment dated

December 16, 2022, attached hereto as Exhibit A.

Dated: Hauppauge, New York
       December 16, 2022

                                 LAW OFFICE OF PETER A. ROMERO, PLLC
                                 *Attorneys for Plaintiff*
                                 490 Wheeler Road, Suite 250
                                 Hauppauge, New York 11788
                                 Tel. (631) 257-5588

                   By:                           _____
                                 PETER A. ROMERO, ESQ.

1