**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROMERO AZEVEDO MATOS, and ALEJANDRO PATRICIO, on behalf of themselves and all other persons similarly situated

                  Plaintiffs,

  - against -                                            **JUDGMENT**
                                                                                     CV 22-1144 (JMA) (AYS)

QUALITY MODULAR SERVICES, LLC, ARNOLD SOBRAL, and HELDER J. PEDROSA, SR.,

                  Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on December 17, 2022, accepting Defendants' December 16, 2022 offer to allow judgment against them by Plaintiffs in the amount of $80,000.00, inclusive of all of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs, and disbursements, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Romero Azevedo Matos and Alejandro Patricio against Defendants Quality Modular Services, LLC, Arnold Sobral and Helder J. Pedrosa in the amount of $80,00.00, inclusive of all of Plaintiffs' claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs, and disbursements; and that this case is closed.

Dated: December 18, 2022
       Central Islip, New York

                                                                   BRENNA B. MAHONEY
                                                                   CLERK OF THE COURT
                                                     By:    /s/ James J. Toritto
                                                                     Deputy Clerk